**Entered on Docket
March 04, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
MATTHEW M. MCARTHUR (NV Bar #11649)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2004-HE6

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>HOLGER KUEHN AND JUDY KUEHN,<br><br>         Debtor(s). | Bankruptcy Case No. BK-S-10-33325-bam<br>Chapter 7<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC ASSET BACKED CERTIFICATES, SERIES 2004-HE6'S ORDER VACATING AUTOMATIC STAY<br>Date:   March 1, 2011<br>Time:   1:30 P.M. |

/././

1         A hearing on Secured Creditor Bank of America, National Association as
2 successor by merger to LaSalle Bank National Association, as Trustee for certificateholders of
3 Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2004-HE6's
4 Motion for Relief From the Automatic Stay came on regularly for hearing in the United States
5 Bankruptcy Court before the Honorable Bruce A. Markell, Matthew M. McArthur appearing on
6 behalf of Secured Creditor.

7         The court having duly considered the papers and pleadings on file herein and
8 being fully advised thereon and finding cause therefor:

9         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic
10 Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by
11 Secured Creditor, of all its rights in the subject property, generally described as 6993 Troubador
12 Drive, Las Vegas, Nevada 89119, and legally described as follows:

> LOT SIX HUNDRED FIFTY THREE (653) IN BLOCK U OF U OF MEADOWS VALLEY UNIT 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 59, OF PLATS, PAGE 14, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APPROVED/DISAPPROVED     APPROVED/DISAPPROVED

_____     _____
RANDOLPH GOLDBERG     BRIAN D. SHAPIRO
DEBTOR(S) ATTORNEY     TRUSTEE

19 /././
20 /././
21 /././
22 /././
23 /././
24 /././
25 /././
26 /././
27 /././
28 /././

1  In accordance with LR 9021, counsel submitting this document certifies that the order accurately
2  reflects the court's ruling and that (check one):
3  ☐    The court has waived the requirement set forth in LR 9021(b)(1).
4  ☐    No party appeared at the hearing or filed an objection to the motion.
5  ☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
6  and any unrepresented parties who appeared at the hearing, and each has approved or
7  disapproved the order, or failed to respond, as indicated below [list each party and whether the
8  party has approved, disapproved, or failed to respond to the document]:
9  ☐    Approved.
10 ☐    Disapproved.
11 ☐    Failed to respond.
12
13 ☒    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
14 with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of
15 the order.
16                                                   ###
17 Submitted by:
18 /s/ Matthew M. McArthur
   4375 Jutland Drive, Suite 200
19 P.O. Box 17933
   San Diego, CA 92177-0933
20 (858) 750-7600
   NV Bar 11731
21 Attorney for BANK OF
   AMERICA, NATIONAL
22 ASSOCIATION AS
   SUCCESSOR BY MERGER
23 TO LASALLE BANK
   NATIONAL ASSOCIATION,
24 AS TRUSTEE FOR
   CERTIFICATEHOLDERS
25 OF BEAR STEARNS ASSET
   BACKED SECURITIES I
26 LLC ASSET BACKED
   CERTIFICATES, SERIES
27 2004-HE6
28